No. 746. D. W. DINSMORE, APPELLANT, *v.* STEPHEN B. WOOD, AND ALBERT SARTAIN, AGENT OF THE STATE OF

OHIO. Appeal from the District Court of the United States for the Northern District of Illinois. October 31, 1910. Docketed and dismissed with costs, on motion of *Mr. Karl T. Webber* for the appellees. No one opposing.